IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

LESLIE ANN LEGG, :
:
    Plaintiff, :
:
vs. : CIVIL ACTION 10-0593-M
:
MICHAEL J. ASTRUE, :
Commission of Social Security, :
:
    Defendant. :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Leslie Ann Legg.

DONE this 27th day of April, 2011.

                                            s/BERT W. MILLING, JR.
                                            UNITED STATES MAGISTRATE JUDGE